

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2014

No. 04-14-00348-CR

Jacob **KLEIN**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2866
Honorable Pat Priest, Judge Presiding

# O R D E R

Appellant's brief is currently due August 11, 2014. On August 1, 2014, appellant filed a second motion to extend time to file his brief, asking for an extension of thirty days. We **GRANT** appellant's motion. Accordingly, appellant's brief is due on or before **September 10, 2014**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court